No. 89–5853.  LAMB v. SOWDERS, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–5877.  BROWN v. LABORERS' INTERNATIONAL UNION OF NORTH AMERICA ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–5909.  DOTTS v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.  Certiorari denied.

No. 89–5937.  GILBERT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–5947.  WILLIAMS v. ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 89–5948.  SPAULDING v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–5949.  MANG SUN WONG v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 89–5952.  LAUBACK v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–5959.  WILLIAMSON v. KENTUCKY.  Sup. Ct. Ky. Certiorari denied.

No. 89–5963.  PANZARDI-ALVAREZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 89–5971.  GOSSETT v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–6011.  THARPE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–6013.  PARKER v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 89–6017.  RENEER v. SEABOLD, WARDEN.  C. A. 6th Cir. Certiorari denied.